In the Matter of the Arbitration between VENEZUELAN ATLANTIC REFINING COMPANY, Appellant, and PANCOASTAL PETROLEUM COMPANY, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

STERO HOLDING CORPORATION, Respondent, v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased, et al., Appellants.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

CHARLES LINDNER, Respondent, v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

JACK DAVIS, Respondent, v. RUTH EICHEL, as Executrix of JACOB EICHEL, Deceased, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

EDYTHE GILDER et al., Appellants, v. CARRIAGE CLUB, INC., Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

NANCY CILIO et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

HELEN S. WEITZENKORN, Respondent, v. JOSEPH K. WEITZENKORN, Appellant.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

RICHFIL REALTY CO., Respondent, v. M. L. BROUS MILLINERY CO., INC., Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally JJ.

GEORGE STEY, Respondent, v. KORNER REALTY CORP., Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of 1050 FIFTH AVENUE, INC., Respondent, v. BERNARD SPITZER et al., Appellants.— No opinion. Concur — Botein, P. J., Breitel, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.